IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY HOLMES, | : | CIVIL ACTION |
|    Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al., | : | No.  05-CV-2413 |
|    Respondents | : | |

**ORDER**

MICHAEL M. BAYLSON, J.

AND NOW, this            day of                       , 2005, upon independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED

2. The petition for writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.